**No. 10-10268. David Lamb, Petitioner v. Carmen Palmer, Warden.**

564 U.S. 1026, 131 S. Ct. 3037, 180 L. Ed. 2d 858, 2011 U.S. LEXIS 4740, ■

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-10275. Steven Ray Perridon, Petitioner v. Ernie Roe, Warden, et al.**

564 U.S. 1026, 131 S. Ct. 3038, 180 L. Ed. 2d 858, 2011 U.S. LEXIS 4592.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 408 Fed. Appx. 115.

**No. 10-10298. Calvin Paul Stewart, Petitioner v. Utah.**

564 U.S. 1026, 131 S. Ct. 3038, 180 L. Ed. 2d 858, 2011 U.S. LEXIS 4765.

June 20, 2011. Petition for writ of certiorari to the Court of Appeals of Utah denied.

**No. 10-10335. Travis Clinton Hittson, Petitioner v. Carl Humphrey, Warden.**

564 U.S. 1026, 131 S. Ct. 3038, 180 L. Ed. 2d 858, 2011 U.S. LEXIS 4704.

June 20, 2011. Petition for writ of certiorari to the Superior Court of Georgia, Butts County, denied.

**No. 10-10361. Dominic M. Franza, Petitioner v. James J. Walsh, Superintendent, Sullivan Correctional Facility.**

564 U.S. 1026, 131 S. Ct. 3038, 180 L. Ed. 2d 858, 2011 U.S. LEXIS 4762.

June 20, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Third Judicial Department, denied.

Same case below, 76 App. Div. 3d 1160, 907 N.Y.S.2d 725.

**No. 10-10373. Kevin C. Brathwaite, Petitioner v. Perry Phelps, Warden, et al.**

564 U.S. 1026, 131 S. Ct. 3038, 180 L. Ed. 2d 858, 2011 U.S. LEXIS 4594.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 418 Fed. Appx. 142.

**No. 10-10378. Derrick Lakey, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation.**

564 U.S. 1026, 131 S. Ct. 3039, 180 L. Ed. 2d 858, 2011 U.S. LEXIS 4611.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 633 F.3d 782.

**No. 10-10389. James William Aussicker, Petitioner v. Cindi Curtin, Warden.**

564 U.S. 1026, 131 S. Ct. 3039, 180 L. Ed. 2d 858, 2011 U.S. LEXIS 4646, ■

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.